**In the Interest of B.W.M. and J.J.M., Children.**

**No. 10–03–318–CV.**

Court of Appeals of Texas, Waco.

Jan. 28, 2004.

Jacob D. Davis, Coriscana, for appellant.

James E. Lagomarsino, Navarro County Dist. Atty., Corsicana, for appellee.

Sarah C. Keathley, Corsicana, for ad litem.

Before Chief Justice GRAY, Justice VANCE, and Justice REYNA.

## OPINION

PER CURIAM.

Elicia Gail Gonzales seeks to appeal a decree terminating her parental rights. However, she filed her notice of appeal 81 days after the court signed the decree. Therefore, it is untimely. *See* TEX. FAM. CODE ANN. § 263.405(a) (Vernon 2002); TEX.R.APP. P. 26.1(b). The Clerk of this Court notified the parties that the notice of appeal is untimely and that the appeal would be dismissed for want of jurisdiction if a response showing grounds for continuing the appeal was not filed within 10 days. Appellant's response does not state a basis for this Court to exercise jurisdiction. Accordingly, the appeal is dismissed for want of jurisdiction. *See* TEX.R.APP. P. 42.3(a).